MARC S. KOHNEN
LAW OFFICE OF MARC S. KOHNEN
California State Bar No. 255303
1350 Columbia Street, Suite 700
San Diego, California 92101
Telephone: (619) 398-2500
Facsimile: (619) 342-9616
Email: marc@msklawyer.com

Attorney for Defendant:
MICHAEL M. KARMO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

(HON. STEPHEN C. DRIES)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 20-cr-170-JPS-1 |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| MICHAEL M. KARMO, | |
| Defendant. | |

MICHAEL M. KARMO, defendant in the above-titled matter, hereby substitutes MARC S. KOHNEN, whose address is 1350 Columbia Street, Suite 700, San Diego, CA 92101, as his attorney of record in place and stead of John S. Schiro, Court appointed counsel.

Dated: 09/21/2020

_____
MICHAEL KARMO

///

///

I consent to the above substitution.

_____
JOHN S. SCHIRO

Above substitution accepted.

_____
MARC S. KOHNEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 20-cr-170-JPS-1 |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| MICHAEL M. KARMO, | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, Marc S. Kohnen, am a citizen of the United States and am at least eighteen years of age. My business address is 1350 Columbia Street, Suite 700, San Diego, CA 92101.

I am not a party to the above-entitled action. I have caused service of the Substitution of Attorney and this Certificate of Service on the following parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Eastern District of Wisconsin using its ECF System, which electronically notifies them:

**Margaret Honrath, Richard Frohling: Assistant United States Attorneys**

**John S. Schiro:          Court Appointed Attorney for Defendant**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 24, 2020          *s/Marc S. Kohnen*
                                   MARC. S KOHNEN