# Honrath, Margaret (USAWIE) 1

| | |
|---|---|
| **From:** | Hecker, Joshua J <jjh474@kenoshapolice.com> |
| **Sent:** | Tuesday, September 1, 2020 4:22 PM |
| **To:** | Hansche, Thomas |
| **Subject:** | Threat Intel |
| **Attachments:** | (External)Related Pictures #2 Michael Karmo; (External)FW: Michael Karmo Pic; (External)Let me know if you get this |

Call from Officer Dave Lindley from Waveryly PD (Waverly, Iowa). A female just came to his PD and gave a written statement advising that a man named Michael Karmo (Approx. 40 years old) is with another male and a dog in a newer Toyota Sequoia. Allegedly the two males left Waverly, IA around 0015 hours today (9/1) and are intending on coming to Kenosha to loot and to "pick people off". The drive time would take them 5 hours from Waverly to Kenosha, so they are likely already here. Further, the witness advised that their plan was to get a "nice hotel room" in the Kenosha area for the night. The reporting witness claimed that there are two long guns concealed in a cooler within the van. Law Enforcement has no viable intel on Mark's Toyota, buy believes that the vehicle is registered in Missouri. The also said that he has ties in California.