**From:** Hecker, Joshua J <jjh474@kenoshapolice.com>
**Sent:** Tuesday, September 1, 2020 4:23 PM
**To:** Hansche, Thomas
**Subject:** FW: (External)Pics of Michael Karmo
**Attachments:** DSCN0136.JPG

Further intel

**Sergeant Joshua Hecker**
**Kenosha Police Department**
**262-605-7967**

---

**From:** Dave Lindley [mailto:davel@ci.waverly.ia.us]
**Sent:** Tuesday, September 01, 2020 4:20 PM
**To:** Hecker, Joshua J
**Subject:** (External)Pics of Michael Karmo

I tried to send too many pics at once so I will try again, one at a time

Officer Dave Lindley 9-29
davel@ci.waverly.ia.us
319-352-5400 ext. 3
Fax 319-352-0234

Waverly Police Department
111 4th St. NE Waverly, IA 50677

