09.01.2020



MICHAEL KARMO CAME FROM MISOORRI WITH A NEW FRIEND I'VE NEVER MET BEFORE. THEY SAID 2 HOURS AND 45 MINS AWAY... I ASKED HIM TO STOP BECAUSE WE DON'T SEE EACH OTHER VERY MUCH. MICHAEL AND HIS FRIEND GOT TO MY HOUSE AT ~~ROB~~ 12:15 AM... HE TOLD ME HE COULDN'T STAY LONG BECAUSE OF ALL THE GUNS IN THE BACK OF HIS VEHICLE... SO HE ASKED ME TO COME WITH HIM ONE MORE TIME TO KNOSHA. TO SEE WHAT'S GOING ON. I SAID NO. I WOULDN'T BE ABLE WITH MY SCHEDULE. AND HE TOLD ME HE COULDN'T STAY LONG WITH THE TWO MACHINE GUNS HE HAD IN THE CAR. SO HE LEFT BACK ON HIS WAY TO KANOSHA... I BLOCKED HIM ON FACEBOOK...