

**Michael Karmo**
· August 27 ·

Like my ancestors before me I could spend the rest of my life a free and happy man hunting my food . ... They ain't ever going to be able to starve me and my family and friends out ... Tenderloins and back straps every night . ...

👍❤️😮 9                                    1 Comment

👍 Like                                    ➤ Share

Most Relevant ▼

Jamie Baker

Yes Bos 👍1
Like · 6d



Michael Karmo
· April 7, 2019

Coasters . Mandatory in my compound …

4    2 Comments

👍 Like    ↪ Share

Most Relevant ▾

Michael Karmo Author Yeah high power air soft . Lol.
Like · 1y

David Littles Chavez Nice 3D action one
Like · 1y















Michael Karmo
· June 2, 2018 ·
Happy Halloween ..rebuking jesuits!





Michael Karmo
Follow · June 2, 2018
Will the real homeland security please stand up...



Michael Karmo
June 2, 2018
I secure my own homeland.



Michael Karmo
· May 30, 2018
My real job. working with endangered bears and wolves.

1 Share

Like    Share



**Michael Karmo**
· May 6, 2018 ·

Incase any of you haters thought it was when it wasn't . I'm the real deal baby. Going to make my country great again and to do that a quest was necessary just like it was for every Israelites in times of old . I put my trust in Yahashua al-bin Joseph Messiah and it works out fine. So I give thanks and pray for every one of you stupid hating ass scary ass individuals .

👍 1

👍 Like    ↪ Share    2 Comments

Most Relevant ▼

**Michael Karmo** That's the real too brother . 50 bucks . pm and I'll send you the link where .
Like · 2y

**Justin Black** Nice pew can lol
Like · 2y





