3048193, 9/1/2020, AJ

 at&t

Please call (800) 635-6840 for processing of this request

File Code 3048193

Facsimile (888) 938-4715

AT&T EXIGENT CIRCUMSTANCES FORM –
TRANSACTIONAL RECORDS WITH/WITHOUT LOCATION

ATTENTION: Please complete all four steps below

From: AT&T 33408
(Name/Law Enforcement Agency)

Re: Wireless Number:

619-708-3605

**Step 1)** Insert Brief description of facts showing exigent circumstances (Attach additional sheets if necessary)

Subject traveling to Kenosha, WI with long guns/rifles to "pick people off and loot."

**Step 2)** What information is required from AT&T? **(Check all that apply)**

Subscriber ☒
Call Records ☐
Call records with location ☒ — pen/trap w/ cell sites
Date Range and Times of Call Records ___ next 48 hours
Select Time Zone ☐ Eastern ☒ Central ☐ Mountain ☐ Pacific ☐ UTC ☐ Other ___
Precision Location (Mobile Locator Tool) ☒ 15min
Email address for ongoing precision location updates  slandreoni@fbi.gov  mddavidson@fbi.gov
~~Other (Please Describe)~~ ☐ precision location @ 4A35rack6.com

**Step 3)** Handwrite or type the full name and title of the sworn law enforcement officer who is making this request:

Name: GLDC; Steven L. Andreoni
Title: Special Agent

**Step 4)** Date & Sign:

REQUESTED this ___ day of ___ Sept ___ , 201_ 2020
Signature of sworn law enforcement officer or designee*
*(Complete below if signing as a designee)

Note: Please make sure all four steps are complete

_____
Printed name of designee

_____
Title of designee

The above signed certifies and represents that he or she has authority on behalf of the law enforcement agency identified to make this request and receive the disclosed content, record or information, and that the information requested is expected to be responsive to the emergency as outlined in 18

18 U.S.C. § 2702(b) ((8) provides for the disclosure of the contents of communication pertaining to a customer or subscriber, and 18 U.S.C. § 2702(c)(4) provides for the disclosure of a record or other information pertaining to a customer or subscriber, to a government al entity where "the provider in good faith, believes that an emergency involving danger of death or serious physical injury to any person requires" disclosure without delay;
The above signed is presenting facts or other information for AT&T's consideration in responding to this request.

File Code 3048193



## AT&T Mobility Court Order Law Enforcement Worksheet

This worksheet MUST be completed and provided with EACH Court Order. Failure to provide this information will result in the inability of the Global Legal Demand Center to comply with your request.

*Complete and remit with each Court Order to the* **Global Legal Demand Center:**
North Palm Beach, FL // Phone: 1-800-635-6840 // Fax: 1-888-938-4715

Date Submitted: 09/01/2020         Agency: FBI

**Target Number(s):**         **CALEA Voice Delivery (If Applicable):**

Target No.: 619-708-3605    Voice Delivery Number: _____
Target No.: _____           Voice Delivery Number: _____

**VoLTE:** ☐ IP Delivery ☐ Out Dial Delivery (AT&T will use the same Voice Delivery Number(s) listed above)

**Order Duration**

Order Start Date: _____ Order End Date: _____ Court Issued Ref Number _____

| **CALEA** | **Mobile Locate Tool (Check One)** | **Historical Records** |
|---|---|---|
| ☒ Pen Register Trap/Trace | ☒ 15 Min | ☒ Subscriber Information |
| ☐ Full Content | ☐ 30 Min | ☐ Call Details/All Usage |
| ☐ Packet Data | ☐ 60 Min | From: _____ To: _____ |
| ☒ With Cell Site Location | ☐ *Event Based (Includes 30 Min) | ☐ Historical Precision Location |
| ☐ With SMS Content | Delivery Email 1 mddavidson@fbi.gov | From: _____ To: _____ |
| Voice/Pen CFID _____ | Delivery Email 2 slandreoni@fbi.gov | ☐ Tower Search |
| Packet Data CFID _____ | *Requires Active CALEA Request | ☐ Other _____ |

**LEA Information:**

Tech Agent Name: Steve Andreoni  Tech Agent Number: 262-960-3412  Tech Agent Fax: 414-489-3450
Tech Agent Email: slandreoni@fbi.gov
Case Agent Name: Mary Davidson  Case Agent Number: 414-758-8911  Case Agent Fax: _____
Case Agent E-Mail: mddavidson@fbi.gov
Billing Name: FBI-ETMU        Billing Contact Number: _____
Billing Address: Building 27958A, Quantico, VA 22135
Other Relevant Billing Information: _____
(The Global Legal Demand Center provides the last 4 digits of the Target Number on each invoice. Please indicate any additional information required by your agency)

**REQUESTS FOR RE-BILLING DUE TO A DIFFERENT NAME OR ADDRESS WILL BE CHARGED $50.00.**

List All Other Contacts authorized to discuss this order: add email delivery precisionlocation@4A35rack6.com
(The Global Legal Demand Center will NOT discuss this Order with any Agents not listed above, please provide the names of all back-up Agents, etc.)

**AT&T Proprietary (Restricted) — Global Legal Demand Center**
Only for use by authorized individuals or any above-designated team(s) within the AT&T companies and not for general distribution