**Exhibit G – Items Recovered During Consent Search of Vehicle on September 1, 2020**





**Exhibit G – Items Recovered During Consent Search of Vehicle on September 1, 2020**





**Exhibit G – Items Recovered During Consent Search of Vehicle on September 1, 2020**





