# Exhibit H – Items Recovered/Photographed During Consent Search of Hotel Room on September 1, 2020






