

# IOWA INCIDENT REPORT SUPPLEMENTAL
## WAVERLY POLICE DEPARTMENT
111 4TH STREET NE
WAVERLY, IA 50677
(319) 352-5400

rlc030102

**CASE INFO**

| Case Number | Date of This Report | County in which Incident Occurred |
|---|---|---|
| 20-013456 | 9/1/2020 | BREMER - 09 |

| ORI Number |
|---|
| WAVERLY POLICE DEPARTMENT - IA0090200 |

| Date of Original Occurrence | Type of Offense |
|---|---|
| 9/1/2020 | SUSPICOUS ACTIVITY / INTEL |

| Name - Last | First | Middle | Suffix |
|---|---|---|---|
| Redacted | | | |

| Clearance Classification | Investigative Status |
|---|---|
| ☐ Unfounded ☐ Exceptionally Cleared ☐ Cleared by Arrest | ☒ Open ☐ Closed ☐ Suspended |

## Narrative

***INFO ONLY***  On 9/1/20 CPT Leonard made contact with me and stated that a woman named [Redacted] had some information she was going to relay to us. He asked me to speak to her when she came in. I met with [Reda] in our interview room. [Reda] requested that she not be recorded with a body camera. I honored this request due to the unique circumstances.

[Red] told me that she had a friend named Michael Karmo. She stated they had a friendship that extended way back, originally knowing each other from California. She told me that Michael's family owned a health store in Imperial Beach CA. [Redac] said Michael currently lived in Lebanon MO. I believe she stated that he was "Babylonian."

[Red] told me that Michael was traveling from Missouri to Kenosha Wisconsin. She had originally planned to go with Michael with the intention of looting. At some point, she decided that she was not going to go with him. Michael was stopping in Waverly on the way to Kenosha.

[Red] relayed how her night went last night. She had been in communication with Karmo. She told me that she left her house on [Redacted][Reda]. She said she stopped and filmed an interaction which police were having with a juvenile near Kwik Star East. She showed me a video of this, and I recognized two officers. (One of those officers has since told me this was around midnight). She told me that she then went to Rolling Meadows Apartment. She stated she met Karmo and the other man in the parking lot at 12:15 am. [Reda] told me that Michael was traveling with another male party, whom she does not know. She said they had two dogs with them. She said they were driving in a new Toyota Sequoia, dark gray in color. She showed me a video in which she said Karmo was in the passenger seat. The other male was in the driver seat (This is my memory at least. She was going to e-mail me the video, but I don't see it in my email so maybe the file was too large). This would now be Sept. 1st. She said when they were talking, Karmo seemed to be pretending that he couldn't find his dope. He indicated he needed to go back somewhere to look for it. He had told me at some point that he stopped and took the dogs out to pee, so possibly at a gas station. She said he never came back, and she did not believe his story about going to look for the dope. She thinks he was in a hurry to just leave because of the contents of the car. Karmo had told her at one point that he could not stay long because they had "too much shit in the car." (This is paraphrased).

[Redact] indicated that Karmo had a Yeti Cooler with guns it.

[Redact] showed me some stuff from Karmo's Facebook page. Looked like a lot of gun related stuff. There was political, and what appeared to be religious posts also.

She also showed me messages of her communicating with Karmo. She seemed hesitant to let me read all of them. It was my belief that either they were embarrassing, or incriminating. It was my belief that they were going to get together and smoke weed.

In some of the communications, Michael says, "Im in Iowa already 230 miles from u" and then [Redacted] replied "Okay I'm ready". He then sends her a picture of himself holding a rifle, and a white male holding what appears to be a shotgun. Beneath that there is another picture of a rifle of some sort with a drum style magazine in it. Beneath the picture are the words "This is the game changer".

[Redac] replied, "What the fuck is that a drum for the bullets" and Karmo replied "Yeah its a Tokyo Maruie 200rd." I will print these pictures out and add them to this file.

[Redac] told me that Karmo told her that people were just going up to Kenosha and "picking people off." She stated that Karmo did not state that he was going to do that.

She had also told me the plan for them had been to go to Kenosha and stay in a nice hotel.

I believe she told me that Karmo had been to prison.

She has told me that Karmo's phone number is 619-708-3605.

I have made contact with Sgt. Kacie Springer at Lebanon MO Police Dept. She assisted me in properly identifying Karmo. I relayed that information to Sgt. Hecker at Kenosha PD via email, along with many other emails with photos, general information, and Karmos phone number.

[Redacte] indicated that she would like anonymity in the matter. She indicated Karmo will know she talked to us if anybody in Wisconsin mentions Waverly Iowa.

This concludes my report at this time.

Respectfully,

Officer Lindley 9-29

| | | |
|---|---|---|
| **O F F I C E R** | Complainant/Reporting Party (Signature) | *DL 9-29* |
| | Reporting Officer<br>**LINDLEY DAVE** | Badge Number<br>**9-29** |
| | Assisting Officer / Administrative Reviewer | Badge Number |
| | Supervisor | Badge Number |
| | Incident Assigned to: | |