| | |
|---|---|
| **From:** | Davidson, Mary Dorothy (MW) (FBI) |
| **To:** | Honrath, Margaret (USAWIE) 1 |
| **Cc:** | Frohling, Richard (USAWIE) |
| **Subject:** | FW: [EXTERNAL EMAIL] - Michael Karmo |
| **Date:** | Friday, December 18, 2020 10:15:28 AM |
| **Attachments:** | CIRF NIBRS Supplemental Report-20-013456.pdf |

Hi Maggie,

We received the Waverly PD report at 3:47 AM on 9/2/2020.

Thanks,

Mary


Mary Davidson
Special Agent
FBI – Milwaukee Division
Milwaukee Area Violent Crimes Task Force
Desk: 414-489-3543
Mobile: 414-758-8911


**From:** Bonura, Ryan W. (MM) (FBI) <rwbonura@fbi.gov>
**Sent:** Friday, December 18, 2020 10:12 AM
**To:** Davidson, Mary Dorothy (MW) (FBI) <MDDAVIDSON@fbi.gov>
**Subject:** Fwd: [EXTERNAL EMAIL] - Michael Karmo

3:47am, if this helps.

-

---------- Forwarded message ----------
From: Curtis Hansel <CurtisH@ci.waverly.ia.us>
Date: Sep 2, 2020 3:47 AM
Subject: [EXTERNAL EMAIL] - Michael Karmo
To: "Bonura, Ryan W. (MM) (FBI)" <rwbonura@fbi.gov>
Cc:

> Attached Waverly PD report.

*Curtis Hansel*
Patrol Sergeant
Waverly Police Department
(319) 352-5400
(319) 352-0234 fax