# COURT MINUTES OF STATUS HEARING

UNITED STATES of AMERICA,

v.                                          CASE NO. 20-CR-170-1-JPS

MICHAEL KARMO.

## HON. J. P. STADTMUELLER PRESIDING

DATE: Thursday, July 8, 2021                TIME SCHEDULED: 10:00 a.m.

COURT DEPUTY/CLERK: Ashley McNulty          TIME CALLED: 10:10 a.m.

COURT REPORTER: Tom Malkiewicz              TIME FINISHED: 10:15 a.m.

GOVERNMENT BY: Margaret Honrath

DEFENDANT BY: Marc Kohnen

Notes:

10:10 a.m. Case called; both Government and Defendant's counsel appear by telephone
10:11   Government makes statement
10:13   Court asks Defendant's counsel to follow up with Defendant regarding pending plea agreement
10:14   Defendant's counsel requests one week to file signed plea agreement
10:15   Court expects signed plea agreement by 7/16/2021; if Court does not receive agreement, Court will issue a trial scheduling order