UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                Case No. 20-CR-170

MICHAEL KARMO,

    Defendant.

## DEFENDANT'S SENTENCING MEMORANDUM

Michael Karmo, by his attorney, John Schiro, hereby presents the following sentencing memorandum for consideration by the Court at the December 28, 2022 sentencing hearing.

### INTRODUCTION

For the reasons stated below, the defendant respectfully requests a sentence that is "sufficient but not greater than necessary" to achieve the sentencing goals and purposes set forth in 18 USC Sec. 3553(a).

The undersigned is aware that the court is well versed with the requirements under 18 USC Sec 3553(a), and therefore I will attempt to provide the court information regarding the most pertinent and relevant concerns for the court in deciding the appropriate sentence for Mr. Karmo.

### I.    NATURE AND CIRCUMSTANCES OF THE OFFENSE

The PSR documents a number of allegations regarding Mr. Karmo, and a number of allegations made by the co-defendant, Cody Smith, to which Mr. Karmo takes great exception. What is clear, is that both Mr. Karmo and Mr. Smith came to Kenosha, Wisconsin, with weapons, in part, because of the violent demonstrations that were

1

occurring in Kenosha, and to attend a Trump rally. It appears that both Mr. Smith and Mr. Karmo were unfortunately influenced by right-wing media and some of the legitimate concerns about the defund police movement. As will be documented below, Mr. Karmo had a significant interest in assisting firefighters and law enforcement, and unfortunately brought weapons with them in an illegal and misguided attempt to assist law enforcement.

There is no evidence that either Mr. Smith or Mr. Karmo ever brandished their weapons at any persons.

## II.    HISTORY AND CHARACTERISTICS OF THE DEFENDANT

It is clear from the PSR that the defendant has a criminal record beginning in 1998, with his last conviction arising out of an arrest July of 2013. Following his release in prison, the defendant continued to reside in California until 2018. It was at that time that he developed an interest in firefighting and as evidenced by the attached documents. He began working with FEMA and various firefighting agencies to be trained to assist as a volunteer fireperson. He took courses in fire science service from Southwestern College and received a number of certificates from that college and other firefighting agencies to become a volunteer fireperson. See attached certificates for Firefighting, Introduction to Wildlife Fire Behavior, Training in the Fire Environment and Wilderness First Responder training, and other aspects of fire management training, as well as donating time to fire or firefighting agencies. It is in part because of his work as a volunteer fire person that he became so concerned with demonstrations, such as what occurred in Kenosha, where buildings and businesses were being burned. He provided volunteer work for the fire department including turning a fire tower into a haunted house as a way of entertaining kids and working at the state fair sponsoring a roller derby event.

2

I have enclosed 3 videos which are not long which show that Mr. Karmo has a more balanced view of life than may be gleaned from the PSR. Two videos show the defendant at a Black Lives Matter event where he happily describes how people can exercise their 1st Amendment rights without violence, and where participants are interacting in an appropriate and friendly manner with last enforcement. His problem was not with people who object to inappropriate or unlawful violence towards African Americans, but in violence and damage. A third video shows the defendant displaying to others a circumstance where a police officer, who informed fellow law enforcement officers who were acting illegally, and law enforcement's response to his activities, which were troubling and disturbing. It seems, therefore, Mr. Karmo has varies perspectives which include supporting law enforcement, supporting law enforcement officers who tried to prevent other officers from misconduct, supporting Black Lives Matters when they are not violent, and supporting 1st Amendment rights of citizens to present grievances to their government. He does not, therefore, appear to be the person who would cause harm to those who wish to peacefully protest government actions.

As is noted by the defendant's objection to paragraph 40 of the PSR, the defendant strongly objects to Cody Smith's claim that the defendant and his family were involved in unemployment (PPP) fraud or other fraud in California. I have attached records from my client's father showing that he is a decorated Veteran of the United States Armed Services and had high level security clearance. While I do not expect to present any testimony regarding this issue, my client's family will be at the sentencing if the Court has any questions regarding this false allegation.

### III.    ISSUES REGARDING THE DEFENDANT'S CRIMINAL HISTORY

The Defendant's criminal history score is 15 (see paragraph 68 of the PSR). There are, however, circumstances which may cause the Court to think that the criminal history somewhat overstate his criminal background. Paragraph 61 documents a conviction for possession of a firearm by a felon which occurred on September 12, 2003, and for which he was released on October 19, 2005, approximately 14 years, 10 months and 2 weeks prior to this offense. The 3 points counted for that offense are appropriate, however, given it's age, both the offense and the release date make cause the court to give some pause regarding the defendant's criminal history and factor such into the ultimate sentence. If the defendant had been released from his conviction for the possession of firearms 7 weeks earlier, the 3 points would not be counted, giving him with 12 criminal history points (level V), leaving a guideline range of 70-87 months. The convictions outlined in paragraph 65 & 66 for possession of a controlled substance in California were subsequently reduced, consistent with Proposition 36 in the California Penal Code, and ultimately the felonies were reduced to misdemeanors. The conviction indicated in Paragraph 67, also a possession of a controlled substance reflects that there was another treatment program that was provided to the Court in California and shows that the case was revoked and terminated after the Court received a treatment letter showing the defendant had completed his drug and alcohol abuse treatment program.

The defendant had a good work history while in Missouri and would be welcome to return to Missouri Cooperage. He has, in addition, while in the Waukesha County Jail taken a number of courses which can help him with employment in future, and intended to take the CDL truck driving course which would have resumed in January, 2023. He is described as an "enthusiastic learner and has excellence attendance. He prepares for classes and asks thoughtful questions. He offers academic support and

4

encouragement to other students. His participation in group discussions has been constructive and thoughtful". See attached letter from Suzanne Skony, Lead Instructor. Future employment is clearly one of the most important factors in determining whether a person can stay out of trouble. Mr. Karmo has the skills that will allow that to continue.

## CONCLUSION

Michael Karmo has been in custody since January 1, 2020. As of the date of sentencing, he will have been in custody for 845 days (or 2 years, 3 months, 28 days). During that time, he has had virtually no ability go outside and see the sun. While it is not the Court's fault that this case has been delayed this long, nonetheless it is a long time to be in a county jail. Mr. Karmo has proven to be someone who can be employed, work hard, and be constructive. He should be punished for having possessed the firearms since he was clearly prohibited in possessing them. I believe the vestiges of his misguided politics, as they were, are behind him. With hard work and the assistance of his family, he can live the rural life which he seems to embrace.

For all of the above reasons, the defendant respectfully requests that the Court sentence him to 60 months.

Dated at Milwaukee, Wisconsin this 13th day of December, 2022.

SCHIRO CRIMINAL DEFENSE
Attorneys for Defendant

Electronically signed by: John S. Schiro
State Bar No.: 1009184

P.O. ADDRESS:
111 East Wisconsin Avenue, Suite 1925
Milwaukee, Wisconsin 53202
(414) 224-0825
(414) 224-1411 FAX

| | |
|---|---|
| **From:** | John Schiro |
| **Sent:** | Monday, October 17, 2022 10:01 AM |
| **To:** | Desiree Ullerich |
| **Subject:** | FW: Michael Karmo photos pt 2 |

**From:** Adam Elhag <adam.i.elhag@gmail.com>
**Sent:** Thursday, October 20, 2022 1:15 PM
**To:** John Schiro <john@jschiro.com>
**Subject:** Michael Karmo photos pt 2







**Emergency Management Institute**

**FEMA**

This Certificate of Achievement is to acknowledge that

**MICHAEL KARMO**

has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

IS-00800.b
National Response Framework, An Introduction

Issued this 3rd Day of March 2011

---

**FIRE SERVICE TRAINING**
**AND EDUCATION PROGRAM**

This is to certify that

**MICHAEL KARMO**

has successfully completed the
California State Fire Marshal approved course

I-300
Intermediate ICS

November 12, 2015

Larry L. Haven
State Fire Marshal

Registered Primary Instructor
State Fire Training

---

This Certificate is Awarded to

Michael Karmo

For the Successful Completion of

**S-110 Basic Wildand Fire Orientation**

COURSE NUMBER: COURSE NAME

**January 22, 2015 thru February 5, 2015**

James Mitchell

Southwestern College &
U.S. Fish and Wildlife

Chula Vista, CA

# The Certificate is Awarded to

## Michael Karno

### For the Successful Completion of

## S-133 Look 31 Firefighter Type 1

COURSE NUMBER - COURSE NAME

## November 9, 2015 thru December 12, 2015

COURSE START and END DATES



**James Mitchell**

Lead Instructor Name (printed)

_____

Lead Instructor Signature

## Southwestern College & U.S. Fish and Wildlife

Host Unit

## Chula Vista, CA.

Location (City, State)

NFES 1272 PMS 92 1-1 (06/07)

# This Certificate is Awarded to

## Michael Karno

### For the Successful Completion of

## S-133 Look Up, Look Down, Look Around

COURSE NUMBER - COURSE NAME

## November 19, 2015 & November 21, 2015

COURSE START and END DATES



NATIONAL WILDFIRE COORDINATING GROUP

James Mitchell

Lead Instructor Name (printed)

_____

Lead Instructor Signature

Southwestern College &
U.S. Fish and Wildlife

Host Unit

Chula Vista, CA.

Location          (City, State)

NFES 1 272 PMS 921-1 (0807)

23.127.158.113
23.127.156.1
99 99 99 53
"153

**SAN DIEGO - IMPERIAL COUNTY**
**FIRE FIGHTERS**
**ADVISORY COUNCIL**
TO THE BURN INSTITUTE

June 29, 2015

Tom Piranio
President
FFACBI
8825 Aero Drive, Suite 200
San Diego, CA 92123

Michael Karmo
Fire Science Club
Southwestern College
Higher Education Center - Otay Mesa
8100 Gigantic St
San Diego, California, 92154

Dear Michael Karmo,

On behalf of the Burn Institute and the Fire Fighters Advisory Council, I would like to thank you for participating in the Firefighter Boot Drive and staffing a dynamic exhibit display at our 25th Annual **"Fire and Safety Expo & Firefighter Demolition Derby"** on Saturday, June 6, 2015 at the Del Mar Fairgrounds. We are acknowledging that you volunteered eight (8) hours at this event. Each year, because of generous volunteers like you, the Boot Drive raises over $250,000 dollars in support of the Burn Institute's mission to reduce fire and burn-related injuries or deaths. We are both honored and proud to see fire service members all across San Diego and Imperial Valley dedicating their personal time to this cause. Without your commitment to protecting and improving your community, the Boot Drive would not be nearly as successful – thank you!

All proceeds collected during this drive will help fund the Burn Institute's programs, such as *Camp Beyond the Scars* – a therapeutic summer camp for severely burn-injured children. Your efforts will greatly assist the Burn Institute as it works to provide fire and burn prevention education and support burn survivors throughout the county.

Again thank you for your contribution, to learn more about Burn Institute or other ways you can get involved with the organization, please visit www.burninstitute.org.

Best Regards,

Tom Piranio
President, FFACBI

8825 Aero Drive #200 • San Diego, CA 92123-2269 • (858) 541-2277 • FAX (858) 541-7179

# This Certificate is Awarded to

## Michael Karmo

*For the Successful Completion of*

**S-130 Basic Firefighter Training**
**L-180 Human Factors on the Fireline**

COURSE NUMBER - COURSE NAME

**February 5, 2015 thru March 21, 2015**

COURSE START and END DATES

**Southwestern College &**
**U.S. Fish and Wildlife**

Host Unit

**Chula Vista, CA.**

Location    (City, State)



James Mitchell

Lead Instructor Name (printed)



Lead Instructor Signature

NFES 1272 PMS 921-1 (06/07)

# This Certificate is Awarded to

## Michael Karmo

### For the Successful Completion of

## S-190 Introduction to Wildland Fire Behavior

COURSE NUMBER - COURSE NAME

**January 24, 2015 thru February 7, 2015**

COURSE START and END DATES



Southwestern College & U.S. Fish and Wildlife

Host Unit

Chula Vista, CA.

Location    (City, State)

James Mitchell

Lead Instructor Name (printed)

_____

Lead Instructor Signature



# CORONADO FIRE DEPARTMENT

# Certificate of Appreciation

presented to:

## Michael Karmo

The Coronado Fire Department would like to thank you for
volunteering 8 hours at our Annual Fire Department Open House.
Your continued community involvement and positive attitude is one to
be recognized. We appreciate all that you do for our department and
our community.

Fire Fighter, Brian Standing
Open House Coordinator



# Certificate of Completion

## Mike Karmo

*has successfully completed*

### S-290 Unit 1: The Fire Environment

Time to complete: .25 - .50 h

November 18, 2015

**COMET**

# Wilderness First Responder

## MICHAEL KARMO

has successfully completed a 70-hour
8-Day Wilderness First Responder course in accordance
with the standards of Wilderness Medical Associates.

Michael Karmo achieved a **Wilderness First Responder** certification.
The program took place in Southwestern College
from **10/21/2014** through **12/11/2014** with Josh Jackson as the lead instructor.

This certification expires on 12/11/2017.

David E. Johnson, M.D.
President & Medical Director

51 Baxter Boulevard    Portland, ME 04101-1801    207-730-7331    1-888-Wildmed    office@wildmed.com    www.wildmed.com

Face any challenge, anywhere.

# CORONADO FIRE DEPARTMENT

## Certificate of Appreciation

presented to:

## Michael Karmo

The Coronado Fire Department would like to thank you for volunteering 8 hours at our Annual Fire Department Open House. Your continued community involvement and positive attitude is one to be recognized. We appreciate all that you do for our department and our community.

*Brian Standing*

Fire Fighter, Brian Standing
Open House Coordinator





Case 2:20-cr-00170-JPS   Filed 12/22/22   Page 18 of 61   Document 90





















**GENESIS**
RECOVERY SAN DIEGO

24352 Featherstone Canyon Rd

Lakeside, California

www.genesisrecoverysandiego.com

(619) 797-7319

To whom it may concern,

This letter is to inform the court that Michael Karmo has successfully completed a 4 month residential treatment program involving a 12 step spiritually based treatment as well as cognitive behavior modification .Mr. Karmo graduated December 2014 then continued to one of our outpatient homes for another month where he was slowly integrated back into his community . Mr karmo was discharged in january of 2015 and remains a part of our small community of recovery and continues to attend our church The Rock . He has met all requirements placed upon him and as result has successfully completed his formal probation .

Program Director,

Tommy Hawthorn

This

Certificate of Completion

Awarded on Feb 27th,

2014

to

FILED

Clerk of the Superior Court

MAR 0 7 2014

J. Lacangan

# Michael Karmo

In recognition of having completed
52 weeks (104 Hours)
LMC Domestic Violence Treatment
Program

*Mark Guynn, MFT*

Mark Guynn, MFT
Program Director, DVTP

La Mesa Counseling DVTP
8058 La Mesa Blvd
La Mesa, CA 91942

#207 P.002    09/27/2022 13:22    To:14142241411    rom:MAIL & PARCELS PLUS



**DEPARTMENT OF THE ARMY**
A Company, 1st Special Troops Battalion, 1st Brigade Combat Team
4TH INFANTRY DIVISION (MECHANIZED)
CAMP TAJI, IRAQ 09378-0001

REPLY TO
ATTENTION OF

AFYB-1STB-PROPHET                                    26 November 2006

MEMORANDUM FOR RECORD

SUBJECT: Letter of Continuity for Raad Karmo

1. Raad Karmo served as a linguist for the Prophet Platoon, Alpha Company, 1ST Special Troops Battalion, 1st Brigade Combat Team (BCT), 4th Infantry Division (Mechanized) from April 2006 to December 2006 at Camp Taji, Iraq.

2. Raad's excellent Arabic linguistic skills and dedication to the BCT's mission enabled the Prophet Platoon to complete its daily missions in a timely and accurate manner. His understanding of both the Arabic culture and BCT's mission allowed him to quickly identify and notify the analysts of critical information. His actions directly resulted in the capture of multiple BCT level High Value Individuals and the protection of all 1BCT Soldiers operating on or around Camp Taji, Iraq.

3. Raad enthusiasm and dedication to the mission made him a crucial member of the Prophet Platoon. Without Raad's willingness to work overtime and provide mission support at all hours of the day/night, the Prophet Platoon would not have been as successful. Raad will be greatly missed and his hard work will never be forgotten by the Soldiers of the Prophet Platoon.

4. POC for this memorandum is 2LT Jordan Maxcey at jordan.sbrennan@us.army.mil.

JORDAN J. MAXCEY
2LT, MI
Platoon Leader



**DEPARTMENT OF THE ARMY**
Headquarters, 1ˢᵗ Special Troops Battalion
1ˢᵗ Brigade Combat Team, 1ˢᵗ Cavalry Division
Camp Taji, Iraq APO AE 09378

AFYB-1BSTB-SIGINT

MEMORANDUM FOR RECORD

SUBJECT: Letter of Recommendation for Raad Karmo as a CAT III linguist

1. The purpose of this memorandum is a letter of recommendation for Raad Karmo as a CAT III linguist.

2. Raad works as a linguist in the 1ˢᵗ Brigade Combat Team SIGINT Platoon. The SIGINT Platoon is authorized 4 CAT III linguists but is currently operating with only 3. Raad is one of the main reasons the platoon's effectiveness and efficiency has increased.

3. Raad has developed and maintained our trust and respect through his dependability as a linguist. We have entrusted him with highly sensitive confidential information. He has never given me or the rest of the SIGINT platoon any doubt in his reliability. I can say with full faith that he is one of the most trustworthy personnel I have had the honor to have on my staff.

4. Raad is a team player with a great work ethic and attitude. He takes pride in completing his mission, shows up on time for his shift, willing to get up early or stay late to complete any tasks that are needed of him, and ensures that the platoon never falls behind schedule when he is on shift. He is easy to work with and is essential to the 1BCT SIGINT Platoon

5. The POC for this memorandum is 2LT Terri Beshirs at terri.beshirs@us.army.mil.

TERRI BESHIRS
2LT, MI
Platoon Leader

#207 P.004

09/27/2022 13:23

To:14142241411

rom:MAIL & PARCELS PLUS

26 January 2010

MEMORANDUM

SUBJECT:  Linguist Evaluation and Commendation – Raad Karmo / CAT III Camp Taji

1.   Mr. Raad Karmo has provided CAT III linguistic support to the respective S2 elements of several operational divisions in support of Iraqi Freedom for the past six years.  He has worked specifically with my team for the past 6 months since my arrival in August 2009 in support of the 1st CAV.

2.   Mr. Karmo was one of seven linguists assigned to the office and considered by everyone concerned as the linguist team lead.  His superior language ability was only a part of his overall performance.  He routinely collaborated with the military analysts providing in depth target knowledge and operational expertise.   His work was paramount to the overall success of the mission of the 1st Cav.

3.   Mr Raad Karmo's dedication to duty, expertise, and great work ethic were instrumental in the team's overall performance.  He never left a job undone and routinely adjusted his schedule to arrive early or stay in place to complete his daily tasks. Mr. Raad Karmo was a definite asset to the team.

Rich Rembisz
CST7 OIC Camp Taji, IQ
Richard.rembisz@lackland.usaf.mil
Senior Strategist / Collections Officer





**DEPARTMENT OF THE ARMY**
**D TROOP, 2nd SQUADRON, 14th CAVALRY**
**CAMP TAJI, IRAQ APO AE 96857-6063**



APVG-UZO-D

Date  12JAN09

MEMORANDUM FOR RECORD

SUBJECT:  Letter of Recommendation for Raad Karmo

1.  Raad Karmo served as a Category Three Arabic linguist for the Signals Intelligence (SIGINT) Platoon, Delta Troop, 2-14th Cavalry, 2nd Stryker Brigade Combat Team (SBCT), 25th Infantry Division from December 2007 to March 2009 at Camp Taji, Iraq.

2.  Raad's unique Arabic linguistic skills and unwavering dedication to the Warrior Brigade mission fully enabled the SIGINT Platoon to complete its daily tasks in a timely and accurate manner. His acute understanding of both the Arabic culture and Coalition Forces operations enabled him to quickly and accurately notify SIGINT analysts of critical information. Raad's actions directly resulted in the capture of multiple Corps, Division, Brigade and Battalion-level High Value Individuals and significant increase in the security and stability of the Warrior Brigade Operational Environment.

3.  Point of Contact for this memorandum is the undersigned at SVOIP 242-6573, SIPR tyler.paschal@s-iraq.centcom.smil.mil, or NIPR tyler.paschal@iraq.centcom.mil.

TYLER S. PASCHAL
1LT, MI
Platoon Leader



**DEPARTMENT OF THE ARMY**
**D TROOP, 2nd SQUADRON, 14th CAVALRY**
**CAMP TAJI, IRAQ APO AE 96857-6063**



APVG-UZO-D

Date  12JAN09

MEMORANDUM FOR RECORD

SUBJECT:  Letter of Recommendation for Raad Karmo

1. Raad Karmo served as a Category Three Arabic linguist for the Signals Intelligence (SIGINT) Platoon, Delta Troop, 2-14th Cavalry, 2nd Stryker Brigade Combat Team (SBCT), 25th Infantry Division from December 2007 to March 2009 at Camp Taji, Iraq.

2. Raad's unique Arabic linguistic skills and unwavering dedication to the Warrior Brigade mission fully enabled the SIGINT Platoon to complete its daily tasks in a timely and accurate manner. His acute understanding of both the Arabic culture and Coalition Forces operations enabled him to quickly and accurately notify SIGINT analysts of critical information. Raad's actions directly resulted in the capture of multiple Corps, Division, Brigade and Battalion-level High Value Individuals and significant increase in the security and stability of the Warrior Brigade Operational Environment.

3. Point of Contact for this memorandum is the undersigned at SVOIP 242-6573, SIPR tyler.paschal@s-iraq.centcom.smil.mil, or NIPR tyler.paschal@iraq.centcom.mil.

TYLER S. PASCHAL
1LT, MI
Platoon Leader



09/27/2022 13:24 #207 P.007

To:14142241411

From:MAIL & PARCELS PLUS

**DEPARTMENT OF THE ARMY**
A COMPANY, 1ST SPECIAL TROOPS BATTALION, 1st BRIGADE COMBAT TEAM
4TH INFANTRY DIVISION (MECHANIZED)
CAMP TAJI, IRAQ 09378-0001

REPLY TO
ATTENTION OF

AFYB-STB-A

8 SEPTEMBER 2006

MEMORANDUM FOR Titan Site Manager (Michael Marinos), L3 Communications Titan Linguist Operations and Technical Support Division, Camp Taji, Iraq

SUBJECT: Request to retain Raad Karmo as a CAT III linguist at Camp Taji

1. The purpose of this memorandum is to request the retention of Raad Karmo as a CAT III linguist at Camp Taji.

2. Raad works as a linguist in the Prophet Platoon. The Prophet Platoon is authorized 4 CAT III linguists but is currently operating with only 3. The loss of Raad to the platoon would greatly hinder the mission and reduce the platoon and brigade's effectiveness and responsiveness.

3. Raad has a full understanding of the platoon's mission and standard operating procedures. Placing Raad at another facility and then replacing him with a new CAT III linguist would impact the mission detrimentally by causing the platoon to retrain a linguist on the systems and the Brigade Area of Operations. The platoon relies on the ability of its linguists to recognize material of importance and bring it to our operators' attention quickly. The speed at which the material is recognized directly impacts the Brigade's ability to respond to threats. Raad's time and experience at Camp Taji allow him to achieve this end state.

4. Raad is a team player with a great work ethic and attitude. He takes pride in completing his mission and ensuring that the platoon never falls behind schedule when he is on shift. He is also a great asset when resolving issues between the other linguists. He is easy to work with and is trusted by the Soldiers of the Prophet Platoon.

5. The POC for this memorandum is 2LT Jordan Maxcey at jordan.shireman@us.army.mil

JOHN SHERMER
CPT, MI
Commanding



**DEPARTMENT OF THE ARMY**
Headquarters, 56th Brigade, 28th Infantry Division
56th SBCT, 28th Infantry Division
Camp Taji, Iraq, APO, AE, 09378

15 July 2009

To Whom It May Concern,

This letter is my personal recommendation for Raad Karmo. I had the pleasure of working with him from 15 January 2009 – 15 July 2009 as part of the National Security Agency's Cryptologic Support Team-10 deployment to Camp Taji, Iraq in support of the 56th Stryker Brigade Combat Team against counter-insurgency operations in Northern Baghdad. During this period, I found Raad to have an excellent work ethic and saw how he consistently tackled all assignments with dedication and thoroughness.

At the time of this writing Raad Karmo is one of the most senior linguists on Camp Taji; one of the largest bases in Iraq with a total of approximately 200 linguists employed. Raad has more than five years of experience supporting counter-insurgency operations and his personal cultural knowledge and understanding of Middle Eastern/Iraqi politics has been a force multiplier. During his time here in Iraq, Raad's efforts have led to the detainment of hundreds of dangerous insurgents and have provided real-time force protection throughout Baghdad.

Besides being a joy to work with, Raad is a patient and focused linguist who makes the extra effort to understand regional affairs and clarify potential points of confusion. Our linguists are unique in theater, in that they hold responsibility for deciding real-time reporting precedence for the analysts they serve. Raad directly contributed to the 56th Brigade's SCIF (Secure Compartmentalized Information Facility) receiving repeated recognition as the best intelligence production shop in theater. His work has saved the lives of untold numbers of civilian, Coalition, and Iraqi Security Force lives.

I have extensive experience working in the special intelligence community and I give Raad Karmo my highest possible personal recommendation for employment. I sincerely believe he will take your organization far.

Thomas C. Fouke Jr.
LTJG, U. S. Navy

[?] e-Clearance

## Requested Person Information
Last Name: KARMO        SSN: 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        Date of Birth: 1950 10 26

## SII Person Information
Name: KARMO, RAAD JAMIL        SSN: 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        Date of Birth: 1950 10 26

State of Birth: N/A        Country of Birth: IRAQ

## SII AKA Names
KARMO, RON JAMIL

## SII Investigation Summary
NACLC From OPM, Case #: 05Q32945 CLOSED, Closing Action: CLOSED COMPLETE 2006 02 14, File Available: Y

SSBI From OPM, Case #: 06K95505 UNACCEPTABLE, Closing Action: , File Available: N

SSBI From OPM, Case #: 06M62803 CLOSED, Closing Action: CLOSED COMPLETE 2007 10 25, File Available: Y

## SII Clearance Summary

## SII Messages

[ Close ]

Notice:  Under the Privacy Act of 1974, you must safeguard personnel information retrieved through this system. Disclosure of information is governed by Title 5, United States Code, Section 552a Public Law 93-579, DoDD 5400.11, DoDR 5400.11-R and the applicable service directives.

https://jpasapp.dsis.dod.mil/JPAS/servlets/com.eds.jpas.client.servlets.ICAVSMAP...

Interim Adjudication of , Opened , , determined Eligibility of Interim Secret on 2005
02 25 DISCO

## External Interfaces
**Perform SII Search**      **DCII**

**Notice:**  Under the Privacy Act of 1974, you must safeguard personnel information retrieved through this
system. Disclosure of information is governed by Title 5, United States Code, Section 552a Public Law 93-
579, DoDD 5400.11, DoDR 5400.11-R and the applicable service directives.

[∗]

tps://jpasapp.dsis.dod.mil/JPAS/servlets/com.eds.jpas.client.servlets.JCAVSSelectAP...  9/29/2006

# ? Person Summary

**KARMO, RAAD JAMIL**

**Person Category**      Industry (Contractor) 3K3N0-I

**SSN:** 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                          **Date of Birth:** 1950 10 26

**Eligibility:** SCI - DCID 6/4, 2008 01 29, ArmyCCF

**Place of Birth:** Iraq

**Investigation:** SSBI, 2007 10 25, OPM

## Accesses

| Category | US Access | Watching/Investigations |
|---|---|---|
| Industry (Contractor) 3K3N0-I | Top Secret | IT: N/A<br>Public Trust: N/A<br>Child Care: N/A |

## Person Category Information

**Category Classification:** Contractor

**Organization:** 3K3N0-I, L-3 COMMUNICATIONS TITAN CORPO, 1900 Campus Commons Drive, Reston, VA, 20191

**Organization Status:** Top Secret, ACTIVE, 2005 09 02

**Grade:** N/A                                      **Interim:** N/A

## External Interfaces

Perform SII Search

Notice: Under the Privacy Act of 1974, you must safeguard personnel information retrieved through this system. Disclosure of information is governed by Title 5, United States Code, Section 552a Public Law 93-579, DoDD 5400.11, DoDR 5400.11-R and the applicable service directives.

*Analyses*

*Con formatini*
*M2JMR2*

# ? Person Summary

**KARMO, RAAD JAMIL**
Person Category    Industry (Contractor) 3K3N0-I

| | |
|---|---|
| SSN: 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 | Date of Birth: 1950 10 26 |
| Open Investigation: N/A | Marital Status: N/A |
| PSQ Sent Date: 2006 09 28 | Place of Birth: Iraq |
| Attestation Date: 2005 03 04 | Citizenship: U.S. Citizen |
| Incident Report: N/A | NdA Signed: Yes |
| SF 713 Fin Consent Date: N/A | NdS Signed: Yes |
| SF 714 Fin Disclosure Date: N/A | |

Polygraph: 2006 01 25, Other, Counterintelligence,

Foreign Relation: 1, Mother, Iraq ∧
3, Brother, Iraq ∨

| | | |
|---|---|---|
| PSQ Sent | SCI Access History | Request to Research/Upgrade Eligibility |
| Non-SCI Access History | | |
| Unofficial Foreign Travel | | |
| NdS History | | NdA History |

## Accesses

| Category | US Access | PSP | Suitability and Trustworthiness | SCI | Available Actions |
|---|---|---|---|---|---|
| Industry (Contractor) 3K3N0-I | Top Secret | No | IT: N/A<br><br>Public Trust: N/A<br><br>Child Care: N/A | SI<br><br>TK<br><br>G<br><br>HCS<br><br>Access Number: N/A | Indoctrinate Non-SCI<br><br>Debrief Non-SCI<br><br>Indoctrinate SCI<br><br>Debrief SCI<br><br>Request SPA |

## Person Category Information

Category Classification: Contractor
Organization: 3K3N0-I, L-3 COMMUNICATIONS TITAN CORPO, 1900 Campus Commons Drive, Reston, VA, 20191
Organization Status: Top Secret, ACTIVE, 2008 11 24
Occupation Code: N/A      Separation Date: N/A
SCI SMO: W4VYAA - INSCOM MISSION SPT CMD, Level 2, (301) 677-2926, ALT PHONE NUMBERS FOR CONTRACTOR CLEARANCE ISSUES Team A: (301) 677-3841; 301 677-4608 Team B: (301) 677-4622; (301) 677-4636; (301) 677-4621
Non-SCI SMO: L-3 SERVICES INC., Level 5, 703-390-8459, joy.ashcraft@L-3Com.com
Servicing SMO: Yes
Office Symbol: N/A      Grade: N/A
Position Code: N/A      PS: N/A

Case 2:20-cr-00170-JPS    Filed 12/22/22    Page 40 of 61    Document 90

*(left margin:)* #207 P.016   09/27/2022 13:26   To:14142241411   From:MAIL & PARCELS PLUS

Arrival Date: N/A
Office Phone Comm: N/A
Separation Status: N/A
Interim: N/A

RNLTD: N/A
Office Phone DSN: N/A
TAFMSD: N/A
Proj. Departure Date: N/A
Proj. UIC/RUC/PASCODE: N/A

Report Incident

In/Out Process          Request Indoc/Debrief Assistance
                                    Remarks

Suspense Data                Investigation
                                   Request

## Investigation Summary

Investigation Request of SSBI, Approved PSQ on 2006 09 29          Investigation History
Investigation Request of SSBI, Approved PSQ on 2006 05 24
SSBI from OPM, Opened: 2006 10 10 Closed 2007 10 25
NACLC from OPM, Opened: 2005 08 22 Closed 2006 02 14

## Adjudication Summary

PSI Adjudication of SSBI OPM, Opened 2006 10 10, Closed 2007 10 25, determined          Adjudication History
Eligibility of SCI - DCID 6/4 on 2008 01 29 ArmyCCF
PSI Adjudication of NACLC OPM, Opened 2005 08 22, Closed 2006 02 14,
determined Eligibility of Interim Top Secret on 2006 09 29 DISCO

## External Interfaces

Perform SII Search          DCII

Notice:   Under the Privacy Act of 1974, you must safeguard personnel information retrieved through this
system. Disclosure of information is governed by Title 5, United States Code, Section 552a Public Law 93-579,
DoDD 5400.11, DoDR 5400.11-R and the applicable service directives.

# LETTER OF AUTHORIZATION

**DATE OF REQUEST**
11/5/2010

| REQUIRING ACTIVITY | GOVT AGENCY POC | GOVT AGENCY POC PHONE | |
|---|---|---|---|
| Army G2/INSCOM | Fitzgerald, Michael | 7037061754 | **GOVT AGENCY POC EMAIL** mike.fitzgerald@us.army.mil |

**NAME** (Last, First, Middle Initial)
KARMO, Raad

**SSN/FIN**
xxx-xx-2128

**DATE OF BIRTH**
10/26/1950

**HOME ADDRESS**
5725 Jackson Drive
Lamesa California 91942

**CITIZENSHIP**
United States

**PASSPORT # / EXPIRATION**
464155331 / 12/8/2019

**DEPLOYMENT PERIOD START**
11/5/2010

**DEPLOYMENT PERIOD END**
1/1/2012

**EMAIL**
glsopscenter@gls-1.com

**THEATER EMAIL**
glsopscenter@gls-1.com

**CLEARANCE LEVEL w/ AGENCY**
Top Secret/SCI - DISCO

**CLEARANCE DATE** (MM/DD/YYYY)
1/29/2013

**JOB TITLE**
INTERPRETER

**SUPERVISOR/NON-SUPERVISOR**
Non-Supervisor/Non-Manager

**COMPANY** (full name)
L-3 Communications LOTS

**COMPANY POC**
Wiglesworth, Sammy

**COMPANY POC TELEPHONE**
7038401361x40123

**COMPANY POC EMAIL**
ismogLsops@gls-1.com

**CONTRACT NUMBER/ TASK ORDER**
W911W4-08-D-0002/0018

**CONTRACT / TO START DATE**
7/6/2010

**CONTRACT / TO END DATE**
1/1/2012

**CONTRACT ISSUING AGENCY**
Dept. of the Army

**NEXT OF KIN (NOK) NAME**
Available in SPOT

**NOK RELATIONSHIP**
Available in SPOT

**ASSIGNED KO**
FRANK J VILLAMIZAR

**ASSIGNED KO TELEPHONE**
703-428-4833

**IN-THEATER CONTACT**
Wiglesworth, Sammy

**CONTACT'S PHONE**
7038401361x40123

**CONTACT'S EMAIL**
ismoglsops@gls-1.com

**COUNTRIES TO BE VISITED**
Germany, Iraq, Jordan, Kuwait

**GOVERNMENT FURNISHED SERVICES**

| | |
|---|---|
| ☑ APO/FPO/MPO/Postal Services | ☐ Authorized Weapon |
| ☑ Billeting | ☑ CAAF |
| ☑ CAC/ID Card | ☐ Commissary |
| ☐ Dependents Authorized | ☑ DFACs |
| ☐ Excess Baggage | ☑ Fuel Authorized |
| ☑ Govt Furnished Meals | ☑ Mil Banking |
| ☑ Mil Clothing | ☑ Mil Exchange |
| ☑ Mil Issued Equip | ☑ Milair |
| ☑ MWR | ☐ None |
| ☑ Resuscitative Care | ☑ Transportation |

**PURPOSE**
Contract W911W4-08-D-0002 is contingency based. The bearer is Emergency Essential and is expected to use all means to provide services, until appropriately released or evacuated by military authority. Th

**FUND CITE w/ BILLING ADDRESS**
Direct Bill Contract ODC CLIN for Payment
8825 Beulah St.
Fort Belvoir, Virginia - 22060
United States

**DBA INSURANCE INFORMATION**
Company Name: Zurich North America
Policy Number: WC3995286
POC Phone Number: (214) 866-1153

The government organization specified above, in its mission support capacity under the contract, authorizes the individual employee identified herein, to proceed to the location(s) listed for the designated deployment period set forth above. Upon completion of the mission, the employee will return to the point of origin. Travel being performed is necessary and in the public's service. Travel is in accordance with FAR 31.205-36 and the maximum per diem allowable under the appropriate travel regulations (Joint Travel Regulation (for AK, HI and outlying areas of the United States and US possessions), Federal Travel Regulation for CONUS and US Territories, and Dept of State's Standardized Regulations for OCONUS Foreign Areas designated by DOS).

Prior to issuance of a DoD Common Access Card (CAC), the government sponsor must ensure completion of the FBI fingerprint check with favorable results and submission of a National Agency Check with Inquiries to the Office of Personnel Management (OPM), or a DoD-determined equivalent investigation.

Emergency medical support will be determined by the appropriate supported commander. Contractor authorization aboard military aircraft will be determined by the supported commander. Necessary identification badges will be determined and provided by the supported command.


*67VCBK*

# LETTER OF AUTHORIZATION

| | | | **DATE OF REQUEST** 11/5/2010 |
|---|---|---|---|

**REQUIRING ACTIVITY**
Army G2/INSCOM

| **GOVT AGENCY POC** Fitzgerald, Michael | **GOVT AGENCY POC PHONE** 7037061754 | **GOVT AGENCY POC EMAIL** mike.fitzgerald@us.army.mil |
|---|---|---|

**NAME** (Last, First, Middle Initial)
KARMO, Raad

| **SSN/FIN** xxx-xx-2128 | **DATE OF BIRTH** 10/26/1950 | |
|---|---|---|

**HOME ADDRESS**
5725 Jackson Drive
Lamesa California 91942

| **CITIZENSHIP** United States | **PASSPORT # / EXPIRATION** 464155331 / 12/8/2019 |
|---|---|

| **DEPLOYMENT PERIOD START** 11/5/2010 | **DEPLOYMENT PERIOD END** 1/1/2012 |
|---|---|

**EMAIL**
glsopscenter@gls-1.com

**THEATER EMAIL**
glsopscenter@gls-1.com

| **CLEARANCE LEVEL w/ AGENCY** Top Secret/SCI - DISCO | **CLEARANCE DATE** (MM/DD/YYYY) 1/29/2013 | **JOB TITLE** INTERPRETER | **SUPERVISOR/NON-SUPERVISOR** Non-Supervisor/Non-Manager |
|---|---|---|---|

| **COMPANY** (full name) L-3 Communications LOTS | **COMPANY POC** Wiglesworth, Sammy | **COMPANY POC TELEPHONE** 7038401361x40123 | **COMPANY POC EMAIL** lsmogtsops@gls-1.com |
|---|---|---|---|

| **CONTRACT NUMBER/ TASK ORDER** W911W4-08-D-0002/0018 | **CONTRACT / TO START DATE** 7/6/2010 | **CONTRACT / TO END DATE** 1/1/2012 | **CONTRACT ISSUING AGENCY** Dept. of the Army |
|---|---|---|---|

| **NEXT OF KIN (NOK) NAME** Available in SPOT | **NOK RELATIONSHIP** Available in SPOT | **ASSIGNED KO** FRANK J VILLAMIZAR | **ASSIGNED KO TELEPHONE** 703-428-4833 |
|---|---|---|---|

| **IN-THEATER CONTACT** Wiglesworth, Sammy | | **CONTACT'S PHONE** 7038401361x40123 | **CONTACT'S EMAIL** lsmogtsops@gls-1.com |
|---|---|---|---|

**COUNTRIES TO BE VISITED**
Germany, Iraq, Jordan, Kuwait

**GOVERNMENT FURNISHED SERVICES**

| | | |
|---|---|---|
| ☑ APO/FPO/MPO/Postal Services | ☐ Authorized Weapon | |
| ☑ Billeting | ☑ CAAF | |
| ☑ CAC/ID Card | ☐ Commissary | |
| ☐ Dependents Authorized | ☑ DFACs | |
| ☑ Excess Baggage | ☑ Fuel Authorized | |
| ☑ Govt Furnished Meals | ☑ Mil Banking | |
| ☑ Mil Clothing | ☑ Mil Exchange | |
| ☑ Mil Issued Equip | ☑ Milair | |
| ☑ MWR | ☐ None | |
| ☑ Resuscitative Care | ☑ Transportation | |

**PURPOSE**
Contract W911W4-08-D-0002 is contingency based. The bearer is Emergency Essential and expected to use all means to provide services, until appropriately released or evacuated by military authority. Th

| **FUND CITE w/ BILLING ADDRESS** Direct Bill Contract ODC CLIN for Payment 8825 Beulah St, Fort Belvoir, Virginia - 22060 United States | **DBA INSURANCE INFORMATION** Company Name: Zurich North America Policy Number: WC3995286 POC Phone Number: (214) 866-1153 |
|---|---|

The government organization specified above, in its mission support capacity under the contract, authorizes the individual employee identified herein, to proceed to the location(s) listed for the designated deployment period set forth above. Upon completion of the mission, the employee will return to the point of origin. Travel being performed is necessary and in the public's service. Travel is in accordance with FAR 31.205-36 and the maximum per diem allowable under the appropriate travel regulations (Joint Travel Regulation (for AK, HI and outlying areas of the United States and US possessions), Federal Travel Regulation for CONUS and US Territories, and Dept of State's Standardized Regulations for OCONUS Foreign Areas designated by DOS).

Prior to issuance of a DoD Common Access Card (CAC), the government sponsor must ensure completion of the FBI fingerprint check with favorable results and submission of a National Agency Check with Inquiries to the Office of Personnel Management (OPM), or a DoD-determined equivalent investigation.

Emergency medical support will be determined by the appropriate supported commander. Contractor authorization aboard military aircraft will be determined by the supported commander. Necessary identification badges will be determined and provided by the supported command.





Certificate of Appreciation

Awarded to

Ra'ad Karmo

On this 1st Day of June 2010

For Their Outstanding Performance and Service to
Cryptologic Services Group-Baghdad
In Direct Support of
OPERATION IRAQI FREEDOM

Mr. L. Philip Lewis, OIC

MAJ Pena-Guzman, D/OIC

CMSgt Murray, NCOIC

From:MAIL PARCELS PLUS   619 470 8616   09/27/2022 13:30   #082 P.001



1st Brigade Special Troops Battalion

# CENTURIONS
## CERTIFICATE OF APPRECIATION

On this day 3 September 07

Is Presented to:

**RAAD KARMO**

For your support to the CENTURION Battalion and the IRONHORSE Brigade during Operation Iraqi Freedom 06-08. Your superb linguistic skills and dedication to duty has been invaluable, and has greatly enhanced the overall success of the SIGINT mission. You are now and will always be recognized as an "Honorary Centurion!" Thank you for a job well done! On behalf of all the Soldiers, NCOs, and Officers of the 1st Brigade Special Troops Battalion, 1st Cavalry Division, Camp Taji, Iraq.

Strength through Courage!

ROBERT GREEN
CSM, USA
Command Sergeant Major

MICHAEL A. DILLARD
LTC, EN
Commanding

Case 2:20-cr-00170-JPS   Filed 12/22/22   Page 45 of 61   Document 90

# 2ND SQUADRON, 14TH U.S. CAVALRY



## To All Who Shall See These Presents, Greetings;

### Know Ye That
## Ra'ad Karmo



14
2

With carbine true and saber keen, having deployed to the very edge of freedom's frontier, having faced and defeated his enemies and having demonstrated the skill, fitness, discipline, and cunning of a
United States Cavalry Trooper during
Operation Iraqi Freedom,
is hereby entered onto the rolls of the

*'Strykehorse Squadron'*
# ORDER OF THE COMBAT SPUR



*CAMP TAJI*

*BAGHDAD PROVINCE*

*IRAQ*

*Ordered this 21st day of January in the year 2009*





Charles S. Cook
Command Sergeant Major, US Army
Squadron CSM

Thomas H. Mackey
LTC, Infantry
Commanding

From:MAIL PARCELS PLUS   619 470 8616   09/27/2022 13:32   #082 P.003

**Prophet Platoon, Alpha Company, 1st Special Troops Battalion, 1st Brigade Combat Team, 4th Infantry Division (Mechanized)**

presents this certificate of appreciation to

# RAAD KARMO

for outstanding performance as a linguist supporting the Prophet Platoon. Your efforts were instrumental to the success of the Prophet Platoon.

The Prophet platoon thanks you for your unwavering dedication to the mission. We wish you the best of luck and a prosperous future.

Presented this 26th day of November 2006.

SSG Karen M. Youngblood
Platoon Sergeant

OIF 05-07

2LT Jordan J. Maxcey
Platoon Leader

From:MAIL PARCELS PLUS     619 470 8616     09/27/2022 13:34     #082 P.004




# Cryptologic Support Team-10
## Certificate of Appreciation

Presented to

## Raad Karmo

IN SINCERE APPRECIATION OF YOUR OUTSTANDING SUPPORT TO THE NATIONAL SECURITY AGENCY'S CRYPTOLOGIC SUPPORT TEAM-10 AND 56 STRYKER BRIGADE COMBAT TEAM FROM 15JAN09-15JUL09 IN COUNTER-INSURGENT OPERATIONS IN CAMP TAJI, IRAQ. YOUR HARD WORK, PROFESSIONAL COMPETENCY AND COMMITMENT TO EXCELLENCE HAVE DIRECTLY SAVED BOTH COALITION FORCE AND IRAQI SECURITY FORCE LIVES. YOUR EFFORTS HAVE SIGNIFICANTLY CONTRIBUTED TO THE OVERALL SAFETY AND SECURITY OF IRAQI CITIZENS AND THE ESTABISHMENT OF A STABLE IRAQI GOVERNMENT.



Eric A Gilmour
CTR1 USN
CST10 NCOIC

Thomas C Fouike
LTJG USN
CST10 OIC



From:MAIL PARCELS PLUS          619 470 8616          09/27/2022 13:35          #082 P.006

# Certificate of Completion

I have read the Code of Ethics and Business Conduct. I understand its provisions, having asked questions where necessary.

I agree to follow the Code of Ethics and Business Conduct in my business activities.

Name: raad j karmo

Course: Code of Ethics and Business Conduct for DynCorp International (DYNCEBC2008o822)

Date: 3/18/2009

Control Number:



From:MAIL PARCELS PLUS    619 470 8616    09/27/2022 13:35    #082 P.006



# United States Division – Center

### Presents this

# Certificate of Appreciation

to

## MR. RAAD KARMO

FOR YOUR OUTSTANDING DEDICATION AND CONTRIBUTION WHILE SERVING AS A LINGUIST IN SUPPORT OF THE UNITED STATES DIVISION – CENTER FROM MARCH 2005 TO SEPTEMBER 2011. YOUR PERFORMANCE PLAYED AN INTEGRAL ROLE IN PREPARING THE NATION OF IRAQ FOR A STABLE AND SECURE FUTURE. YOUR PROFESSIONALISM REFLECTS GREAT CREDIT UPON YOU, THE UNITED STATES DIVISION – CENTER, AND THE UNITED STATES ARMY.

Given under my hand this 30th day of September 2011
Camp Liberty, Iraq

### TROPIC LIGHTNING!



RAY A. DEVENS, JR.
CSM, US Army
Division Command Sergeant Major





BERNARD S. CHAMPOUX
Major General, US Army
Commanding

From:MAIL PARCELS PLUS          619 470 8616          09/27/2022 13:36          #082 P.007

# CERTIFICATE OF APPRECIATION

*TROPIC LIGHTNING!*

For

## Raad Karno

Outstanding support and selfless service as an Arabic Linguist for the Signals Intelligence (SIGINT) Platoon of Delta Troop, 2-14th Cavalry, 2/25th SBCT during Operation Iraqi Freedom 07-09. Your unwavering dedication, unique linguistic skills and acute understanding of both the Arabic culture and Coalition Forces operations directly resulted in the capture of multiple Corps, Division, Brigade and Battalion level High Value Individuals and a significant increase in the security and stability of the "Warrior" Brigade Operational Environment. Your hard work and support reflect great credit upon you, the 2/25th SBCT and the United States Army.



**RANGER**

KARL K. MC GAN
CSM, US
COMMAND SERGEANT MAJOR



WARRIORS!

TODD B. MCCAFFREY
COLONEL, INFANTRY
COMMANDING

From:MAIL PARCELS PLUS          619 470 8616          09/27/2022 13:36          #082 P.008





MULTI – NATIONAL FORCE - IRAQ

القوة المتعددة الجنسيات – العراق

CERTIFICATE OF APPRECIATION

MR. RAAD KARMO

For recognition in providing excellent Linguistic and Role Playing support, from 20 August to 8 September 2005, to the Basic Counterintelligence Class 03-2005. Mr. Karmo went beyond the conventional requirements in supporting the Military Intelligence Training Academy, Camp Taji, Iraq. His efforts were instrumental to the course success.



Paul L. O'Meara, CW4, USA
Counterintelligence Course Director
Military Intelligence Training Academy

From:MAIL & PARCELS PLUS   To:14142241411   09/27/2022 13:39   #208 P.003



# IRONHORSE BRIGADE COMBAT TEAM

# CERTIFICATE OF APPRECIATION

*is awarded to*

## RAAD J. KARMO
*SIGN CAT LINGUIST*

FOR BEING AN INSTRUMENTAL ASSET TO THE IRONHORSE
BRIGADE DURING OPERATION IRAQI FREEDOM 06-08. YOUR
TIRELESS EFFORT AND DEDICATION ENSURED 1BCT'S SUCCESS.
THE OFFICERS, NCO'S AND SOLDIERS OF THE 1ST BCT ARE
GRATEFUL FOR YOUR PROFESSIONALISM AND SUPPORT.
IRONHORSE!



**STANLEY D. SMALL**
*CSM, U.S. Army*
*Command Sergeant Major*

**PAUL E. FUNK II**
*Colonel, Armor*
*Brigade Commander*

From:MAIL & PARCELS PLUS   09/27/2022 13:40   To:14142224141   #208 P.004



2ND SQUADRON
1ST U.S. CAVALRY REGIMENT

# Certificate of Appreciation

Presented To:

## RAAD KARMO

For outstanding support of 2nd Squadron, 1st Cavalry Regiment during Operation Iraqi Freedom 09-10. Your hard work facilitated bringing peace and stability to the people of Iraq. Your tireless efforts as an Arabic Linguist allowed the Blackhawk Squadron and the Raider Brigade to successfully partner with the Government of Iraq and Iraqi Security Forces. Your actions are in keeping with the finest traditions of patriotic duty. We are grateful for your service.

"BLACKHAWKS"

Kevin J. Griffin
Command Sergeant Major
Squadron Command Sergeant Major

Richard D. Heyward
Lieutenant Colonel, US Cavalry
Squadron Commander

From:MAIL & PARCELS PLUS     To:14144224141     09/27/2022 13:40     #208 P.006

# CERTIFICATE OF APPRECIATION

## IRONHORSE BRIGADE COMBAT TEAM

*is awarded to*

## RAAD KARMO

FOR THE SUPPORT, DEDICATION, AND TREMENDOUS INSIGHT AND CAPABILITIES YOU PROVIDED THROUGHOUT BAGHDAD PROVINCE FOR 1ST BRIGADE, 1ST CAVALRY DIVISION DURING OPERATION IRAQI FREEDOM 09-10. YOUR EFFORTS HAVE MADE A DIFFERENCE IN THE LIVES OF IRAQI CITIZENS AND 1I HAS BEEN A PRIVELIGE SERVING WITH SOMEONE OF YOUR DISTINCT CALIBER. BEST OF LUCK IN ALL OF YOUR FUTURE ENDEAVORS.

### IRONHORSE!



**JAMES P. NORMAN**
CSM, U.S. Army
Command Sergeant Major

**TOBIN L. GREEN**
Colonel, Armor
Brigade Commander

Case 2:20-cr-00170-JPS   Filed 12/22/22   Page 56 of 61   Document 90



# Certificate of Achievement

MULTI-NATIONAL FORCE-IRAQ

*Presented To*

## Raad J. Karmo

For outstanding support to the Multi-National Force-Iraq, Deputy Chief of Staff, C2X Mobile Training Team. You provided expert assistance to the Iraqi Interrogation Familiarization Course in support of OPERATION IRAQI FREEDOM. You selflessly served Coalition Forces and the people of Iraq.

JOHN DEFREITAS, III
BRIGADIER GENERAL, USA
MNF-I DCSINT

From:MAIL & PARCELS PLUS   To:14142241411   09/27/2022 13:42   #208 P.007



# 56th Stryker Brigade Combat Team

## Certificate of Appreciation

*Presented to*

### Raad Karmo

For your outstanding support to the 56th Stryker Brigade Combat Team by developing, training and mentoring the Iraqi Police throughout Baghdad Province. Through initiative, professional competency and commitment to excellence, you have contributed significantly to the combat effectiveness of this Brigade and to the overall safety and security of Iraq. Your untiring efforts, devotion to duty and professionalism are in keeping with the highest traditions of military service.

*Given this 1st Day of August 2009*



John E. Jones
CSM, USA
Command Sergeant Major

Marc Ferraro
COL, IN
Commanding

1-111 IN     1-112 IN     2-112 IN     2-104 CAV     1-108 FA     328 BSB

# ? Person Summary

## KARMO, RAAD JAMIL

**Person Category** Industry (Contractor) 3K3N0-I

SSN: 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
**Open Investigation:** N/A
**PSQ Sent Date:** 2006 09 28
**Attestation Date:** 2005 03 04
**Incident Report:** N/A
**SF 713 Fin Consent Date:** N/A
**SF 714 Fin Disclosure Date:** N/A
**Polygraph:** 2006 01 25, Other, Counterintelligence,

**Foreign Relation:** 1, Mother, Iraq
3, Brother, Iraq

**Date of Birth:** 1950 10 26
**Marital Status:** N/A
**Place of Birth:** Iraq
**Citizenship:** U.S. Citizen
**NdA Signed:** Yes
**NdS Signed:** Yes

## Accesses

| Category | US Access | PSP | Suitability and Trustworthiness | SCI |
|---|---|---|---|---|
| Industry (Contractor) 3K3N0-I | Top Secret | No | IT: N/A<br><br>Public Trust: N/A<br><br>Child Care: N/A | Yes |

## Person Category Information

**Category Classification:** Contractor
**Organization:** 3K3N0-I, L-3 COMMUNICATIONS TITAN CORPO, 1900 Campus Commons Drive, Reston, VA, 20191
**Organization Status:** Top Secret, ACTIVE, 2008 11 24
**Occupation Code:** N/A
**Separation Date:** N/A
**SCI SMO:** W4VYAA - INSCOM MISSION SPT CMD, Level 2, (301) 677-3841, ALT PHONE NUMBERS FOR CONTRACTOR SUPPORT ELEMENT (301) 677-2904; 301 677-4608; (301) 677-4636, (301) 677-4622; (301) 677-4621, 301 677-4627, 301-677-6124, (301) 677-4649 (301) 677-5288
**Non-SCI SMO:** L-3 SERVICES INC., Level 5, 703-390-8459, joy.ashcraft@L-3Com.com
**Servicing SMO:** Yes
**Office Symbol:** N/A
**Position Code:** N/A
**Arrival Date:** N/A
**Office Phone Comm:** N/A
**Separation Status:** N/A
**Interim:** N/A

**Grade:** N/A
**PS:** N/A
**RNLTD:** N/A
**Office Phone DSN:** N/A
**TAFMSD:** N/A
**Proj. Departure Date:** N/A
**Proj. UIC/RUC/PASCODE:** N/A

Report Incident

In/Out Process

## Investigation Summary

SSBI from OPM, Opened: 2006 10 10 Closed 2007 10 25
NACLC from OPM, Opened: 2005 08 22 Closed 2006 02 14

## Adjudication Summary

PSI Adjudication of SSBI OPM, Opened 2006 10 10, Closed 2007 10 25, determined Eligibility of SCI - DCID 6/4 on 2008 01 29 ArmyCCF

PSI Adjudication of NACLC OPM, Opened 2005 08 22, Closed 2006 02 14, determined Eligibility of Interim Top Secret on 2006 09 29 DISCO

## External Interfaces

Perform SII Search        DCII

**Notice:** Under the Privacy Act of 1974, you must safeguard personnel information retrieved through this system. Disclosure of information is governed by Title 5, United States Code, Section 552a Public Law 93-579, DoDD 5400.11, DoDR 5400.11-R and the applicable service directives.



December 7, 2022

**RE: Michael Karmo**

To Whom It May Concern,

I am writing this letter in reference to Michael Karmo, a student enrolled in the Educational Programming offered within the Waukesha County Jail through WCTC. Michael has been enrolled in our Educational Programming since June, 2022. He has successfully completed Strategies for Success, attended Personal Awareness Workshops, and Mathematics Skill Building. Our school programming was temporarily stopped during summer/early fall, but when classes resumed in October Michael was eager to return to school. Since early October, Michael has completed our Introduction to Microsoft Word class (test results for credit are pending) and he diligently used his time in Mathematics Skill Building to prepare for the NextGen Accuplacer Arithmetic Test which is used for college level mathematics course placement. He completed the Accuplacer test on December 7 and achieved a score of 175 demonstrating a college ready status in mathematics.

Michael has also shared his interest in continuing in the jail's education programming. He is currently on our list to take CDL Truck Driving Theory, Mathematics, and Personal Awareness workshops when classes resume in January.

Michael has been an enthusiastic learner and has had excellent attendance. He prepares for classes and asks thoughtful questions. He offers academic support and encouragement to other students. His participation in group discussions has been constructive and thoughtful.

Please contact me via the email below if you have any questions.

Sincerely,

Suzanne Skony

Lead Instructor, Waukesha County Jail

College and Career Readiness

sskony@wctc.edu